FILED

SEP 12 2018

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFONIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VIKKIE LOR,

Defendant.

Case No. 2:18-mj-00174-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VIKKIE LOR</u>,

Case No. <u>2:18-mj-00174-CKD</u> Charge <u>21 USC §§ 841(a)(1) and 846; 18 U.S.C. § 2</u>, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ <u>50,000.00</u>

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other): <u>to appear before Magistrate Judge Alice R.</u>

    __X__ <u>Senechal on 10/2/2018 @ 2 p.m. at 655 1st Avenue</u>

    _____ <u>North, Fargo, N.D. 58102</u>

Issued at Sacramento, California on September 12, 2018 at 2:05 pm

By: *[signature]*

Magistrate Judge Carolyn K. Delaney